IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JIMMY AVALOS, individually and on     :         CIVIL ACTION
behalf of all other similarly situated     :
                                     :
                v.                 :
                                     :
SIG SAUER, INC.                     :          NO.  25-451

## ORDER

**AND NOW**, this 21st day of May, 2026, upon consideration of Defendant's Motion to Dismiss (Docket No. 8) and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE**.  Plaintiff may file an amended complaint addressing the deficiencies in his Complaint no later than June 22, 2026.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.